**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**MICHELLE R. SICKLER,**

    **Plaintiff,**

vs.                                                            **Case No. 1:16cv350-WTH/CAS**

**NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,**[1]

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits.  ECF No. 1.  Now before the court is Defendant's motion to remand pursuant to sentence six of Title 42 U.S.C. § 405(g).  ECF No. 12.  Defendant has certified that Plaintiff has no objection to this motion.  *Id.*

Sentence six of section 405(g) states that the Court "may, on motion of the Commissioner . . . made for good cause shown before the

---

[1] On January 23, 2017, Nancy A. Berryhill, became the Acting Commissioner of Social Security and is substituted as the Defendant, Acting Commissioner of Social Security Carolyn W. Colvin.

Case No. 1:16cv350-WTH/CAS

Commissioner files the Commissioner's answer, remand the case to the Commissioner for further action by the Commissioner." 42 U.S.C. § 405(g). The Acting Commissioner "is unable to prepare a certified copy of the administrative record because the exhibits relied on by the administrative law judge were not clearly identify, arrange, or mark in the record. Therefore, good cause exists to remand this case to the [Acting] Commissioner under sentence six of 42 U.S.C. § 405(g)." ECF No. 12 at 2. Based upon the foregoing, this Court concludes that good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's motion to remand, ECF No.12, be **GRANTED**, and this case be remanded to the Acting Commissioner for further proceedings.

2. That this case be **REMANDED** to the Acting Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g).

3. That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4. The Clerk is directed to substitute as the Defendant, Nancy A. Berryhill, the Acting Commissioner of Social Security, for Carolyn W.

Case No. 1:16cv350-WTH/CAS

Colvin.

**DONE AND ORDERED** on February 15, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 1:16cv350-WTH/CAS