UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHELLE RENEE SICKLER,

    PLAINTIFF,

-vs-                                                  Case No. 1:16-cv-00350-WTH-CAS

NANCY A BERRYHILL, CAROLYN W COLVIN,

    DEFENDANTS.
_____/

## **ORDER REMANDING CASE UNDER SENTENCE SIX OF 42 U.S.C. § 405(g)**

This matter is before the Court on Report and Recommendation of the Magistrate Judge, recommending that ECF No. 12, Defendant's Motion to Remand under sentence six of § 405(g) be granted. The time for filing objections has passed, and none have been filed. It is hereby

ORDERED AND ADJUDGED:

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    Defendant's motion to remand (ECF No. 12) is granted, and this case is remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings by the Appeals Council.

3. The parties are directed to file a Status Report on or before June 24, 2017, advising the Court of the status of the administrative proceedings.

DONE and ORDERED at Gainesville, Florida this 30th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE